UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM HADIX,

        Plaintiff,                          Case No. 16-10173

                                              Paul D. Borman
v.                                              United States District Judge

                                              Mona K. Majzoub
MICHIGAN DEPARTMENT OF           United States Magistrate Judge
CORRECTIONS, ET AL.,

        Defendants.
_____/

OPINION AND ORDER: (1) ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 29);
(2) GRANTING DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT (ECF NOS. 14 & 28); (3) DENYING
PLAINTIFF'S MOTION TO STAY (ECF NO. 20);
AND (4) DISMISSING THIS ACTION WITH PREJUDICE

    Before the Court is Magistrate Judge Mona K. Majzoub's Report and Recommendation recommending that the Court grant Defendants' Motions for Summary Judgment. (ECF No. 14 & 28) and DENY Plaintiff's Motion to Stay (ECF No. 20). Plaintiff did not file an objection to the Report and Recommendation.[1]

    Having reviewed the Report and Recommendation and there being no timely objections

---

[1] The Court acknowledges that the Report and Recommendation erroneously states that Defendant Joel Robinson was not served with the Complaint. (Report and Recommendation, at 1 n. 2.) The Court finds this statement is merely a clerical error, as the Magistrate Judge makes clear later in the Report and Recommendation that Defendant Robinson was served on September 28, 2016. (Report and Recommendation, at 4.) The Court also acknowledges that the Report and Recommendation was filed less than 21 days after Defendant Robinson filed his Motion for Summary Judgment. Plaintiff, however, has neither filed a response to Defendant Robinson's Motion for Summary Judgment, nor filed an objection to the Report and Recommendation.

from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 29); GRANTS Defendants Motions for Summary Judgment (ECF Nos. 14 & 28); DENIES Plaintiff's Motion to Stay (ECF No. 20); DECLINES supplemental jurisdiction over Plaintiff's remaining state law claims pursuant to 28 U.S.C. § 1367(c)(3) and DISMISSES the Complaint with PREJUDICE.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: December 8, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 8, 2016.

s/Deborah Tofil
Case Manager